# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. ISAIAH HOLLOWAY*

Case No.  3:15-cr-00101-01-TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS**:    **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Dismiss (Docket No. 287), in conjunction with the Plaintiff's Response (Docket No. 234), no Objections filed, and the Magistrate's Final Report and Recommendation, (Docket No. 319), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety.  Consequently, Defendant's Motion to Dismiss, (Docket No. 232), is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 9, 2016.